# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GARCIA,<br><br>        Petitioner,<br><br>    v.<br><br>DOMINGO URIBE, JR., Warden,<br><br>        Respondent. | No. CV 09-2919-DSF(CW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. The court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objection has been made. The court accepts the findings and recommendation of the Magistrate Judge, but notes that at page 25, line 22, "reputably" should be "reputedly." **IT IS THEREFORE ORDERED** that judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 8-22-11

[signature]

```
                                          DALE S. FISCHER
                                    United States District Judge
```