# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GARCIA, | No. CV 09-2919-DSF(CW) |
|     Petitioner, | JUDGMENT |
| v. | |
| DOMINGO URIBE, JR., Warden, | |
|     Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: 8-22-11

DALE S. FISCHER
United States District Judge